# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

UNITED STATES OF AMERICA

VS.                              4:05-CR-00203(1) JLH

RONALD J. BAKER

## ORDER

Defendant has filed a Motion requesting a temporary release from custody at the Pulaski County Jail to visit his dying father in Perryville, Arkansas. (Docket entry #46.) The Government does not oppose the Motion. Defendant proposes that his sister, Ruth Meredith, pick him up at the Pulaski County Jail at 12:00 noon on Sunday, November 12, 2006, drive him to Perryville, and return him by 6:00 p.m. that day. For good cause shown, the Motion will be granted.

IT IS THEREFORE ORDERED THAT Defendant's Unopposed Motion to Visit His Father (docket entry #46) is GRANTED. Defendant is authorized to be temporarily released to the custody of his sister, Ruth Meredith, at 12:00 noon on Sunday, November 12, 2006, so that she can drive Defendant to Perryville, Arkansas, to visit his father. Ms. Meredith shall return Defendant to the custody of the Pulaski County Jail by or before 6:00 p.m. on Sunday, November 12, 2006.

DATED this 9th day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE